# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

**DANIEL J. MATTIE,**

      **Plaintiff,**

                                                 **Case No. 18-cv-1345**

v.

**NANCY BERRYHILL,**
**Acting Commissioner of Social Security,**

      **Defendant.**
_____

### ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS
### PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g).
_____

This matter is before the court on the parties' stipulation for remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 17.)

It is hereby **ORDERED** that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the court's order, the Appeals Council will remand the matter to an Administrative Law Judge to develop the administrative record as necessary and issue a new decision that reevaluates Plaintiff's residual functional capacity, the medical opinion evidence, and following the sequential evaluation process, determines whether Plaintiff is disabled.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 20th day of March, 2019.

                                          _____
                                          WILLIAM E. DUFFIN
                                          U.S. Magistrate Judge